IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANYA M. FOX,

    Petitioner,

v.                                                                                     4:22cv316–WS/MAL

WARDEN GABBY,

    Respondent.

_____

### ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed September 18, 2023. The magistrate judge recommends that Petitioner's amended § 2241 petition for writ of habeas corpus be denied for failure to exhaust administrative remedies. Petitioner has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is

Page 2 of 2

ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 7) is DENIED.

3. The clerk is directed to enter judgment stating: "Tanya M. Fox's amended petition for writ of habeas corpus is denied."

4. The clerk shall close the case.

DONE AND ORDERED this __17th__ day of __October__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE